157 A.3d 486

COMMONWEALTH of Pennsylvania, Respondent

v.

Tyrone Robert GRIFFIN, Petitioner

No. 365 MAL 2016

Supreme Court of Pennsylvania.

September 15, 2016

546

## ORDER

PER CURIAM

**AND NOW**, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.